John A. Conkle (SB# 117849)
*John.Conkle@ThompsonHine.com*
Evan Pitchford (SB# 256536)
*Evan.Pitchford@ThompsonHine.com*
THOMPSON HINE LLP
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109
Attorneys for Defendant
SA Recycling LLC

Jerome D. Rybarczyk (SB# 103982)
SIMS LAW FIRM, LLP
19712 MacArthur Boulevard, Suite 1120
Irvine, California 92612
Phone: (949) 253-7900 • Fax: (949) 253-7930
Attorneys for Plaintiff
San Joaquin Valley Railroad Co.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN VALLEY RAILROAD CO., <br><br> Plaintiff, <br><br> vs. <br><br> SA RECYCLING LLC, <br><br> Defendant. | Case No. 1:24-cv-01042-KES-SKO <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (LOCAL RULE 144(a))** <br><br> Complaint Served: Sept. 9, 2024 <br> Current Response Date: Sept. 30, 2024 <br> New Response Date: Oct. 28, 2024 <br> Hon Kirk E. Sherriff <br> Presiding Judge |

TO THE COURT, THE PARTIES, AND ATTORNEYS OF RECORD:

Plaintiff San Joaquin Valley Railroad Co. ("SJVR") on the one hand, and Defendant SA Recycling LLC ("SA Recycling"), on the other hand, by and through their respective counsel of record, hereby stipulate to an extension of time for SA Recycling to respond to SJVR's Complaint, as follows:

1. On August 30, 2024, SJVR filed the instant action in this Court;

2. On September 9, 2024, SJVR served the Complaint on SA Recycling, and pursuant to such service, SA Recycling's response to the Complaint was initially due on September 30, 2024;

3. On September 17, 2024, counsel for SJVR and SA Recycling conferred via email and agreed, pursuant to Local Rule 144(a), to extend SA Recycling's time to respond to the Complaint to October 28, 2024, which in compliance with Local Rule 144(a) is 28 days from SA Recycling's initial response deadline; and

4. No previous extensions have been sought or granted.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that SA Recycling's deadline for responding to SJVR's Complaint shall be extended by 28 days, up to and including October 28, 2024.

Dated: September 23, 2024

John A. Conkle
Evan Pitchford, members of
THOMPSON HINE LLP

By:/s/ Evan Pitchford
Evan Pitchford
Attorneys for Defendant
SA Recycling LLC

Dated: September 23, 2024

SIMS LAW FIRM, LLP
By: /s/ Jerome D. Rybarczyk1
Jerome D. Rybarczyk
Attorneys for Plaintiff
San Joaquin Valley Railroad Co.

## **ORDER**

Having reviewed the Joint Stipulation for an Extension of Time to Respond to Complaint (the "Joint Stipulation") (Doc. 5) and finding good cause, the Court hereby orders that Defendant SA Recycling LLC ("Defendant")'s deadline to respond to Plaintiff San Joaquin Valley Railroad Co. ("Plaintiff")'s Complaint shall be extended to October 28, 2024.

IT IS SO ORDERED.

Dated:   **September 25, 2024**                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE