IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAN JOAQUIN VALLEY RAILROAD CO., | Case No. 1:24-CV-01042-KES-SKO |
| Plaintiff, | **ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE DATES IN SCHEDULING ORDER (DKT. NO. 11), INCLUDING TRIAL** |
| v. | |
| SA RECYCLING LLC, | |
| Defendant. | |

**ORDER**

On September 25, 2025, Plaintiff San Joaquin Valley Railroad Co. ("Plaintiff" or "SJVR") and Defendant SA Recycling LLC ("Defendant" or "SA Recycling") presented their joint Stipulation and Request to Continue Dates in Scheduling Order. (Doc. 19). The parties seek a continuance in light of a pending motion that has delayed discovery. (*See id.*) For good cause shown, the Court GRANTS the Stipulation and ORDERS that the December 13, 2024 Order setting case deadlines (Doc. 11) is amended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Motions or Stipulations to Amend Pleadings | May 16, 2025 | May 14, 2026 |
| Non-Expert Discovery | December 1, 2025 | December 1, 2026 |
| Opening Expert Disclosures | December 8, 2025 | December 8, 2026 |
| Rebuttal Expert Disclosures | December 22, 2025 | December 22, 2026 |
| Completion of Expert Discovery | January 30, 2026 | January 29, 2027 |
| Non-Dispositive Motion Filing Deadline | February 23, 2026 | February 22, 2027 |
| Dispositive Motion Filing Deadline | March 2, 2026 | March 1, 2027 |
| Deadline to Hear Non-Dispositive Motions | April 1, 2026 | March 31, 2027 |
| Deadline to Hear Dispositive Motions | April 6, 2026 | April 5, 2027 |
| Deadline to Provide Proposed Settlement Conference Dates | June 24, 2026, or 90 days before trial, whichever is later | June 23, 2027, or 90 days before trial, whichever is later |
| Pre-Trial Conference | July 27, 2026 | July 26, 2027 |
| Trial | September 22, 2026 | September 21, 2027 |

1
2  IT IS SO ORDERED.
3  Dated:  **September 29, 2025**                    /s/ *Sheila K. Oberto*
4                                                                 UNITED STATES MAGISTRATE JUDGE