# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN VALLEY RAILROAD CO., | Case No.  1:24-cv-01042-KES-EGC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER** |
| v. | (Doc. 22) |
| SA RECYCLING LLC, | |
| Defendant. | |

Having considered the parties' Stipulation and Request to Continue Dates in Scheduling Order, (Doc. 22), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the September 30, 2025 Scheduling Order, (Doc. 20), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| Event | Scheduled Date | Continued Date |
|---|---|---|
| Amendment of Pleadings | May 14, 2026 | May 14, 2027 |
| Non-Expert Discovery | December 1, 2026 | December 1, 2027 |
| Disclosure of Experts | December 8, 2026 | December 8, 2027 |
| Disclosure of Rebuttal Experts | December 22, 2026 | December 22, 2027 |
| Expert Discovery Deadline | January 29, 2027 | January 29, 2028 |
| Non-Dispositive Motions (filing deadline) | February 22, 2027 | February 22, 2028 |
| Non-Dispositive Motions (hearing deadline) | March 31, 2027 | April 5, 2028 |
| Dispositive Motions (filing deadline) | March 1, 2027 | March 1, 2028 |
| Dispositive Motions (hearing deadline) | April 5, 2027 | April 17, 2028 |

[1] Some of the parties' proposed dates were modified to comport with the Court calendar.

| Deadline to Request Settlement Conference | June 23, 2027 | June 23, 2028 |
|---|---|---|
| Pretrial Conference | July 26, 2027 | July 24, 2028 |
| Trial | September 21, 2027 | September 19, 2028 |

IT IS SO ORDERED.

Dated:   **June 29, 2026**

_____
UNITED STATES MAGISTRATE JUDGE